UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TERRY HANNER,**

                              **Plaintiff(s),**

        **vs.**

**MICHIGAN STATE POLICE, et al.,,**

                              **Defendant(s).**

                                      /

**CASE NO. 03-CV-74675-DT**

**DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled and having placed the settlement on the record of the Court,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                                  s/ DENISE PAGE HOOD
                                                  DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 28, 2006

        I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2006, by electronic and/or ordinary mail.

                                                  s/William F. Lewis
                                                  Case Manager